IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01619–EWN

TANNA M. WOODS,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner
of Social Security,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Chief Judge
Kathleen L. Weckwerth, Secretary

Defendant's "Motion to Withdraw Attorney" (#39, filed July 10, 2008) is GRANTED. Attorney Bonnie E. Sims is withdraw from the case.

Dated: July 21, 2008