UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 06-cv-01619-EWN

TANNA M. WOODS,

    Plaintiff,

v.

MICHAEL ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**ORDER APPROVING STIPULATION FOR
AWARD OF ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT
28 U.S.C. §2412(d)**

    This matter is before the Court on the Plaintiff's application for an award of reasonable attorneys' fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412. [Document 24.] On July 8, 2008, the Court issued an Order and Memorandum of Decision granting the Plaintiff's application, and allowing her to supplement the amount sought to account for her time defending the application. [Document 37.] On July 14, 2008, the Plaintiff filed a supplement requesting the total amount of $6,000.00 in reasonable attorneys' fees, and indicated that the Defendant did not object to that amount.

    The Court hereby orders that the stipulation for attorney's fees under the Equal Access to Justice Act is approved, and the Defendant is ordered to pay the amount of $6,000.00 to the Plaintiff, through her attorney, Ann J. Atkinson, Attorney at Law, as and for Plaintiff's attorneys fees under the EAJA.

DATED at Denver, Colorado, this 26th day of August, 2008.

> BY THE COURT
>
>
> s/ Edward W. Nottingham
> EDWARD W. NOTTINGHAM
> CHIEF UNITED STATES DISTRICT JUDGE